**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-23703-BLOOM/Torres**

COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.

ROBERTO PULIDO,
*a/k/a* Berto Delvanicci,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Defendant Robert Pulido's ("Defendant") filings on January 12, 2024, ECF Nos. [14, 16] wherein Plaintiff requested an extension through May 2024.[1] This action was initiated on September 28, 2023, ECF No. [1] and Defendant appeared on December 12, 2023. ECF No. [8]. On December 13, 2023, this Court granted Defendant both an extension of time to respond to the Complaint by January 15, 2024, and referral to the volunteer attorney program. ECF No. [10].

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Defendant Robert Pulido shall file a Response to the Complaint on or before **February 9, 2024**.

2. The parties shall file their Joint Scheduling Report, as required within the Order Requiring Scheduling Report, ECF No. [4], on or before **February 16, 2024**.

All other deadlines set forth in the Order shall remain strictly in place.

---

[1] The Court construes these filings as requests for extension of time to respond to the Complaint but cannot construe these filings as an answer as neither address the allegations within the Complaint, ECF No. [1].

Case No. 23-cv-23703-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 25, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record